UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>v.<br><br>CHANEL, INC.,<br><br>        Defendant. | Case No. 21-cv-09330-SVK<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

Plaintiff Brian Whitaker filed this action for violation of the Americans with Disabilities Act ("ADA") and the California Unruh Act on December 2, 2021. Dkt. 1. The Parties have consented to the jurisdiction of a magistrate judge. Dkt. 8, 15. On March 9, 2022, Defendant Chanel, Inc. filed a Motion to Dismiss arguing, *inter alia*, that Plaintiff lacks standing. Dkt. 16. On April 14, 2022, the Court issued an order dismissing Plaintiff's ADA and Unruh Act claims. Dkt. 24 (the "Dismissal Order"). The Dismissal Order gave Plaintiff leave to amend his ADA claim by filing an amended complaint by May 5, 2022. *Id*. at 12. Plaintiff did not file an amended complaint by the May 5 deadline. Accordingly, the Court hereby **ORDERS** Plaintiff to appear on **June 28, 2022 at 11:00 a.m.** and **SHOW CAUSE** why this case should not be dismissed with prejudice for failure to prosecute. In addition, Plaintiff must file a written response to this Order by **June 21, 2022**. If Plaintiff fails to file a response by that date or appear at the hearing, his complaint will be dismissed with prejudice.

**SO ORDERED.**

Dated: June 6, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge