UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

        Plaintiff,

   v.

CHANEL, INC.,

        Defendant.

Case No. 21-cv-09330-SVK

**ORDER DISMISSING CASE**

Plaintiff Brian Whitaker filed this case on December 2, 2021, alleging that an alleged barrier at Defendant's store violated the federal Americans with Disabilities Act ("ADA") and California's Unruh Act. Dkt. 1. The Parties have consented to the jurisdiction of a magistrate judge. Dkt. 8, 15.

Defendant moved to dismiss the complaint, arguing that the Court lacks subject matter jurisdiction over the ADA claim and that the Court should decline to exercise supplemental jurisdiction over the Unruh Act claim. Dkt. 16. Following briefing, the Court issued an order granting Defendant's motion to dismiss both causes of action. Dkt. 24. The Court granted Plaintiff leave to amend his ADA claim by filing an amended complaint by May 5, 2022. *Id.*

Plaintiff did not file an amended complaint by the deadline. Accordingly, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute. Dkt. 25 (the "OSC"). On June 21, 2022, Plaintiff filed a response to the OSC, stating that he had decided not to amend the complaint and that he "intended the lack of amendment to result in the Court's Order of dismissal becoming final." Dkt. 27.

In light of the foregoing, this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: June 21, 2022

SUSAN VAN KEULEN
United States Magistrate Judge